**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
SEP 16 AM 8:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOSEFINA SALAZAR (2),<br><br>　　　　　　　Defendant. | CASE NO. 11CR3231-BEN<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8:1324(a)(2)(B)(ii);18:2 & 8:1324(a)(2)(B)(iii);18:2

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/12/11

ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE